UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BABUBHAI PATEL,                          Case No. 14-11299

     Plaintiff,                        SENIOR U.S. DISTRICT JUDGE
                                         ARTHUR J. TARNOW
  v.

MCKESSON CORPORATION,                    U.S. MAGISTRATE JUDGE
                                         MONA K. MAJZOUB

     Defendant.
_____/

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [23], DENYING PLAINTIFF'S MOTION FOR ORDER DIRECTING DEFENDANT TO FILE A REPLY [8], DENYING PLAINTIFF'S MOTION FOR COURT TO DIRECT DEFENDANT TO SERVE PLAINTIFF WITH A COPY OF DEFENDANT'S PLEADINGS [16], AND GRANTING DEFENDANT'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT [13] AND VACATING COURT'S ORDER TO SHOW CAUSE [4]**

On September 9, 2014, Magistrate Judge Majzoub issued a Report and Recommendation ("R&R") [23] recommending that the Court deny both Plaintiff's Motion for Order Directing Defendant to File a Reply [8] and Motion for Court to Direct Defendant to Serve Plaintiff with a Copy of Defendant's Pleadings [16] and grant Defendant's Motion to Set Aside Clerk's Entry of Default [13]. Plaintiff did not file any objections. The Court has reviewed the record in this case. The R&R [23] of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and

conclusions of the Court.  Additionally, Plaintiff has filed a satisfactory Response [9] to the Court's Order to Show Cause [4].  Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Order Directing Defendant to File a Reply [8] is **DENIED**.

**IT IS FURTHER ORDERED** that Motion for Court to Direct Defendant to Serve Plaintiff with a Copy of Defendant's Pleadings [16] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Set Aside Clerk's Entry of Default [13] is **GRANTED**

**IT IS FURTHER ORDERED** that the Clerk's Entry of Default [7] is **VACATED**.

**IT IS FURTHER ORDERED** that the Order to Show Cause [4] is **VACATED**.

**SO ORDERED**.

                                        s/Arthur J. Tarnow
                                        ARTHUR J. TARNOW
                                        SENIOR U.S. DISTRICT JUDGE

Dated: November 5, 2014